UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CALVIN TATE**

V.                                          CIVIL ACTION NO. **04-11630-RCL**

**BERNARD BRADY, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Memorandum and Order of <u>August 10, 2004</u>, and the Plaintiff, Calvin Tate, having failed to pay the $150.00 filing fee as ORDERED on August 10, 2004; it is here by ORDERED:

CASE DISMISSED.

October 6, 2004

/s/ Lisa M. Hourihan
_____
Deputy Clerk